UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Ventura and Debra Ventura,

    Plaintiffs,

v.                                        Case No. 10-13235
                                        Honorable Sean F. Cox

Bank of America, N.A., *et al.*,

    Defendants.

_____/

**ORDER
ACCEPTING AND ADOPTING REPORT & RECOMMENDATION
AND DENYING DEFENDANTS' MOTION FOR RELEASE OF FUNDS IN ESCROW**

    Plaintiffs filed suit in state court, asserting claims relating to their residential mortgage. Defendants removed the action to this Court. On August 1, 2011, this Court entered a stipulated order dismissing this action with prejudice.

    Thereafter, on October 7, 2011, Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association filed a "Motion to Release Escrow Funds." (Docket Entry No. 18). This Court referred the motion to Magistrate Judge Mark Randon for issuance of a report and recommendation.

    On February 10, 2012, Magistrate Judge Randon issued his Report and Recommendation ("R&R") wherein he recommends that the motion be denied.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

1

being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id.*

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections to the R&R.

The Court hereby ADOPTS the February 10, 2012 R&R. IT IS ORDERED that Defendants' Motion to Release Funds in Escrow is DENIED.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 5, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 5, 2012, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager