UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Ventura and Debra Ventura,

    Plaintiffs,

v.                                                                        Case No. 10-13235
                                                               Honorable Sean F. Cox

Bank of America, N.A., *et al.*,

    Defendants.

_____/

FILED
MAR 05 2012
CLERK'S OFFICE
DETROIT

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION
## AND DENYING DEFENDANTS' MOTION FOR RELEASE OF FUNDS IN ESCROW

      Plaintiffs filed suit in state court, asserting claims relating to their residential mortgage. Defendants removed the action to this Court. On August 1, 2011, this Court entered a stipulated order dismissing this action with prejudice.

      Thereafter, on October 7, 2011, Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association filed a "Motion to Release Escrow Funds." (Docket Entry No. 18). This Court referred the motion to Magistrate Judge Mark Randon for issuance of a report and recommendation.

      On February 10, 2012, Magistrate Judge Randon issued his Report and Recommendation ("R&R") wherein he recommends that the motion be denied.

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

1

being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id.*

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections to the R&R.

The Court hereby ADOPTS the February 10, 2012 R&R. IT IS ORDERED that Defendants' Motion to Release Funds in Escrow is DENIED.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 5, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 5, 2012, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager